

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2022

No. 04-22-00494-CR

Brian Everett **DAY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-0279-CR-A
Honorable William D. Old III, Judge Presiding

# O R D E R

On August 22, 2022, we ordered appellant to provide written proof to this court by September 1, 2022, that appellant had requested the court reporter to prepare the reporter's record. On September 12, 2022, appellant provided such proof and requested that we extend the deadline for him to file his proof. We GRANT appellant's request and deem appellant's proof timely filed. The reporter's record is due on **October 12, 2022**.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court